# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     THOMAS W. OLICK, | : | |
| | : | |
|     Debtor | : | Bky. No. 07-10880ELF |
| | : | |
| THOMAS W. OLICK, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Adv. No. 09-0312ELF |
| NORTHAMPTON COUNTY, | : | |
| PALMER TOWNSHIP, EASTON AREA | : | |
| SCHOOL DISTRICT, CITY OF EASTON, | : | |
| | : | |
|     Defendants | : | |
| | : | |

## O R D E R

**AND NOW**, upon consideration of the summary judgment motions filed by (1) the Plaintiff, Thomas W. Olick (Doc. # 71); (2) Defendant Easton Area School District (Doc. # 82); and (3) Defendant Northampton County (Doc. # 91), the responses thereto and for the reasons set forth in the accompanying Memorandum,

It is hereby **ORDERED** that:

1. The Plaintiff's Motion for Summary Judgment is **DENIED**.

2. Defendant Easton Area School District's Motion for Summary Judgment is **GRANTED**.

3. Defendant Northampton County's Motion for Summary Judgment is **GRANTED**.

4. **JUDGMENT IS ENTERED** in favor of Northampton County and Defendant Easton Area School District and against the Plaintiff on all counts set forth in the Plaintiff's Complaint.

**Date: November 9, 2010**

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

cc: Thomas W. Olick
    4014 Crestview Avenue
    Easton, PA 18045